IH-32 Rev: 2014-1

# United States District Court
для the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

GLENN EISENBERG, on Behalf of Himself
and All Others Similarly Situated

| Plaintiff | Case Number |
|---|---|
| vs. | 1:18-cv-02319 |
| CREDIT SUISSE AG and JANUS INDEX & CALCULATION SERVICES LLC, | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

RAJAN CHAHAL, Individually and on
Behalf of All Others Similarly Situated,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:18-cv-02268 |
| CREDIT SUISSE GROUP AG, DAVID R. MATHERS and TIDJANE THIAM | |
| Defendant | |

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed  (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open  (If so, set forth procedural status and summarize any court rulings.)

Case was filed on March 14, 2018. At the time of this filing, the case is Unassigned and has been referred to Judge Analisa Torres.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The above-referenced case involves substantially similar factual allegations and causes of action as the Chahal action. This action arises from the same transactions or events, involves the same questions of law and/or fact, and is likely to entail substantial duplication of costs and labor if assigned to a different judge.

Signature: /s/ Andrei V. Rado        Date: 3/16/2018

Firm: Milberg Tadler Phillips Grossman LLP