UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SET CAPITAL LLC, et al., Individually and on
Behalf of all others similarly situated,
                      Plaintiff,

      -against-

CREDIT SUISEE GROUP AG, CREDIT
SUISSE AG, CREDIT SUISSE INTERNATIONAL,
TIDJANE THIAM, DAVID R. MATHERS,
JANUS HENDERSON GROUP PLC, JANUS
INDEX & CALCULATION SERVICES LLC, and
JANUS DISTRIBUTORS LLC d/b/a JANUS
HENDERSON DISTRIBUTORS,
                      Defendants.
-----------------------------------------------------------------X
GLENN EISENBERG, on behalf of himself and
All others similarly situated,
                      Plaintiff,

      -against-

CREDIT SUISSE AG and JANUS INDEX &
CALCULATION SERVICES LLC,
                      Defendants,
-----------------------------------------------------------------X
SHAOLEI QIU, on behalf of himself and all
Others similarly situated,
                      Plaintiff,

      -against-

CREDIT SUISSE GROUP AG and JANUS
INDEX & CALCULATION SERVICES LLC,
                      Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/19

18 **CIVIL** 2268 (AT)(SN)
18 **CIVIL** 2319 (AT)(SN)
18 **CIVIL** 4045 (AT)(SN)

## JUDGMENT

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 25, 2019, the Court has reviewed de novo those portions of the R&R to which Plaintiffs properly object and has reviewed the remainder of the

R&R for clear error. The R&R is ADOPTED in its entirety. Accordingly, Case No. 18 Civ. 2268, Case No. 18 Civ. 2319, and Case No. 18 Civ. 4045 is closed.

**Dated:** New York, New York
September 26, 2019

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**

**BY:** *[signature: Kmango]*

                                              **Deputy Clerk**